# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT Knoxville

FILED
JAN 27 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Skyler Petrancosta
_____
Name of plaintiff (s)

v.

Knox County Sheriff office
_____
Name of defendant (s)

Case No. 3:21-mc-10
(to be assigned by Clerk)
Varlan/Guyton

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Excessive use of Force mulitours misconduct due to use of Illegal Anamaition used in shooting

2. Plaintiff, Skyler Petrancosta resides at 5001 Maloneyville RD, Knoxville
street address / city

Knox, TN, 37918, _____
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
Second Address
524 Jackson St, Genoa, IL, 60135

1

3. Defendant, KNoX county sheriff office lives at, or its business is located at
5001 maloneyville RD , Knoxville ,
    street address                                       city
KNOX , TN , 37918 .
    county                               state                          zip code

(if more than one defendant, provide the same information for each defendant below)

Both officers involed in the Shooting

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

On November 21st in the morning I was stopped by 2 Knox county sheriffs at Gun Point then shot In the ribs 5 times with Bilistic Point or hp Ammonition when un Armed

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Pay 5,000,000 in restatution, court cost and lawyer fees

   b. Pay all medical Bills. Fees and Counciling Bills

   c. Minimize charges against me in criminal court

   d. Protection from retaliation from other officers at the jail or in the county

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this January day of 25, 20 21.

_____
Signature of plaintiff (s)

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Have KCSO pay a settlement, court fees, lawyer fees, Hospital Bills, therapy/counseling Bills, and reduces or drop criminal charges against me.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___January___ day of ___25___, 20_21_.

_____
Signature of plaintiff(s)

5

Skyler Pettikrosta #494902
501 Maloneyville RD
Knoxville, TN 37918

Est. District of Tenn. Office of Clerk
U.S. District Court
800 Market St Suite #130
Knoxville, TN, 37902

KNOXVILLE TN 377
26 JAN 2021 PM 3 L

INSPECTED

Sender is an inmate of
Correctional Facility

RECEIVED
JAN 27 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

37902-230330